IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEE HOYT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, a wholly-owned subsidiary of )<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>INC. )<br>)<br>    Defendant. ) | **Case No.: 3:14-cv-01362** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: January 7, 2015    BY: */s/ Angela K. Troccoli*
                          Angela K. Troccoli, Esquire
                          Attorney Id# ct28597
                          Kimmel & Silverman, P.C
                          The New England Office
                          136 Main Street, Suite 301
                          Danielson, CT 06239
                          Phone: (860) 866-4380
                          Facsimile: (860) 263-0919
                          Email: atroccoli@creditlaw.com
                          Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 7th day of January, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire
Attorney Id# ct28597
Kimmel & Silverman, P.C
The New England Office
136 Main Street, Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
Facsimile: (860) 263-0919
Email: atroccoli@creditlaw.com
Attorney for Plaintiff